**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AIBEK ISHEMBIEV,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JAMAL L. JAMISON, Warden of** | : | |
| **Philadelphia Detention Center, JOHN E.** | : | |
| **RIFE, Acting Field Office Director of** | : | **NO. 26-1515** |
| **Enforcement and Removal Operations,** | : | |
| **Philadelphia Field Office, Immigration and** | : | |
| **Customs Enforcement, Acting Secretary,** | : | |
| **U.S. Department of Homeland Security,** | : | |
| **PAMELA BONDI, U.S. Attorney General,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 10th day of March, 2026, upon consideration of Aibek Ishembiev's

Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is

**GRANTED IN PART.**

It is **FURTHER ORDERED** as follows:

1.  No later than **5:00 p.m. on March 13, 2026,** the respondents shall file a response

to the habeas petition and show cause why the petition should not be granted.

2.  Petitioner Aibek Ishembiev shall not be transferred outside the Eastern District of

Pennsylvania pending further Order of the Court.

3.  Counsel for Petitioner shall serve this Order to the respondents at the following

email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

BY THE COURT:

_____
Hon. Mia R. Perez