**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AIBEK ISHEMBIEV,

          *Petitioner,*

      v.

JAMAL L. JAMISON, Warden of
Philadelphia Detention Center,
JOHN E. RIFE, Acting Field Office
Director of Enforcement and Removal
Operations, Philadelphia Field Office,
Immigration and Customs
Enforcement, Acting Secretary,
U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney
General,

          *Respondents.*

CIVIL ACTION

No. 2:26-cv-01515

## STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on March 9, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

1

Dated: February 10, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Francois-Ihor Mazur
FRANCOIS-IHOR MAZUR, ESQ.
2434 Huntingdon Pike, Suite 1
Huntingdon Valley, PA 19006
(215) 636-0993
(215) 636-0995 (fax)
Email: mail@lawmazur.com

*Counsel for Petitioner*

/s/ Isaac J. Jean-Pierre
ISAAC J. JEAN-PIERRE
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  isaac.jean-pierre@usdoj.gov

*Counsel for Respondents*

BY THE COURT

Dated: <u>March 10, 2026</u>

MIA ROBERTS PEREZ
United States District Court Judge

2